**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TIMOTHY W. DAVENPORT and**
**GUARDIAN MOT, LLC, a Florida limited**
**liability company**
      **Plaintiffs,**

v.                                              Cause No. 8:18-cv-01064-CEH-CPT

**AWP, INC., an Ohio corporation,**
      **Defendant.**
_____/

**GUARDIAN MOT, LLC's NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

____
IS    Related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

_____

_____

__X__
IS NOT    Related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Respectfully submitted this 23rd day of May 2018.

                                                  _____
                                                  George L. Hayes III, Esq.
                                                  SPN: 269038/FBN: 326984
                                                  Lance Andrews, Esq.
                                                  FBN: 0171761
                                                  The Hayes Law Group, P.A.
                                                  4701 Central Avenue, Suite A
                                                  St. Petersburg, FL 33713
                                                  _george.hayes@thehayeslawgroup.com_
                                                  _ali.karikas@thehayeslawgroup.com_
                                                  _lance.andrews@thehayeslawgroup.com_
                                                  (727) 381-9026 / fax (727) 381-9025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___23___ day of May, 2018, the foregoing document was filed with the Clerk of Court by using the CM/ECF system, that will serve a true and correct copy by electronic notice to Robin Taylor Symons, Esq., and Jacqueline M. De Leon, Esq., at Gordon & Rees Scully Mansukhani, 100 SE Second Street, Suite 3900, Miami, FL 33131.

_____
George L. Hayes III, Esq.
SPN: 269038/FBN: 326984
Lance Andrews, Esq.
FBN: 0171761
The Hayes Law Group, P.A.
4701 Central Avenue, Suite A
St. Petersburg, FL 33713
*george.hayes@thehayeslawgroup.com*
*ali.karikas@thehayeslawgroup.com*
*lance.andrews@thehayeslawgroup.com*
(727) 381-9026 / fax (727) 381-9025